U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Robert E. Manley, Jr. vs Northeast Illinois Regional Commuter Railroad Corp., d/b/a Metra | FILED: MARCH 26, 2008<br>08CV1757    PH<br>JUDGE HART<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Robert E. Manley, Jr.

| NAME (Type or print) |
|---|
| Eric D. Holland |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eric D. Holland |
| FIRM |
| Holland, Groves, Schneller & Stolze |
| STREET ADDRESS |
| 301 N. Tucker Blvd., Suite 801 |
| CITY/STATE/ZIP |
| St. Louis, MO 63101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06207110 | (314)241-8111 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐