United States District Court
Northern District of Illinois

**CASE# 08CV1757**

**PLAINTIFF(S)**
**Robert E. Manley, Jr**
vs
**DEFENDANT(S)**
**Northeast Illinois Regional Commuter Railroad Corp., d/b/a Metra**

Received by McDowell and Associates on 3/28/08 to be served on Northeast Illinois Regional Commuter Railroad Corp., 547 W. Jackson Blvd. Chicago, IL 60661 I, *Robert C. Regalado* being duly sworn, depose and say that on *4/1/08* at *12:40* am/pm, executed service by delivering a true copy of the Summons in accordance with state statutes in the manner marked below:

( )   INDIVIDUAL SERVICE:  Served the within-named person.

[X]   CORPORATE SERVICE: By serving *TERESA GEELS* as *LEGAL SECRETARY*.

( )   SUBSTITUTE SERVICE: By serving_____ as _____.

( )   POSTED SERVICE: After attempting service on ___/___/___ at _____ am/pm and on ___/___/___ at _____ am/pm to a conspicuous place on the property described herein.

( )   OTHER SERVICE: As described in the **Comments** below by serving _____ as _____.

( )   NON-SERVICE: For the reason detailed in the **Comments** below:

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*Robert C. Regalado*
Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on this __2__ day
Of *April*, *2008* by the affiant who is personally known to me.

**NOTARY PUBLIC**

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

McDowell & Associates
902 Soulard Street
St. Louis, MO  63104
(314) 621-9300

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Robert E. Manley, Jr.

CASE NUMBER:    08CV1757

V.

ASSIGNED JUDGE:    JUDGE HART

Northeast Illinois Regional Commuter Railroad
Corp., d/b/a Metra

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Northeast Illinois Regional Commuter Railroad Corp., d/b/a Metra, 547 W. Jackson Blvd.,
Chicago, IL 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric D. Holland, Holland, Groves, Schneller & Stolze, 300 N. Tucker Blvd., Suite 801, St.
Louis, MO 63101, (314)241-8111

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**March 26, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *4/1/2008 @ 12:40 P.M.* |
| NAME OF SERVER *(PRINT)* *Robert C. Regalado* | TITLE | *Process Server* |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *547 W. Jackson Blvd. Chicago,*
*Il 60661 c/o Teresa Geels - Legal Secretary*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*4/2/2008*___          _____
　　　　　　　　　　Date　　　　　　　　Signature of Server

PMB 154
6351 W Montrose Ave
Chicago IL 60634

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.