AEK/ED 1433-036

Firm I.D. No. 29558

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MANLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 08 CV 1757 |
| v. | ) | |
| | ) | Judge William T. Hart, Room 2243 |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILROAD CORP., d/b/a METRA, | ) | Magistrate Judge Morton Denlow, |
| | ) | Room 1350 |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:    All counsel of record

PLEASE TAKE NOTICE that on **May 21, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before The Honorable William T. Hart, or the presiding judge, in courtroom 2243 in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL-60604 and shall then and there present the attached **Defendant Metra's Motion to Vacate Any and All Technical Defaults and for Leave to File Answer and Affirmative Defenses** *Instanter.*

    s/ A. Jay Koehler
    A. Jay Koehler – ARDC#6207310
    One of the attorneys for Defendant,
    Northeast Illinois Regional Commuter
    Railroad Corporation d/b/a Metra
    Swanson, Martin & Bell, LLP
    330 North Wabash, Suite 3300
    Chicago, IL 60611
    Telephone: (312) 321-9100

### CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this proof of service was filed on May 12, 2008 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case. I further served a copy of this notice, proof of service and above-listed documents by mailing a copy to all counsel listed on the attached service list who were not served via CM/ECF at their respective addresses by depositing same in the U.S. Mail at 330 North Wabash, Chicago, IL-60611, with first-class postage prepaid at or before 5:00 p.m. on said date; and had a copy of this proof of service, notice and above-listed documents physically delivered to the judge.

    s/ A. Jay Koehler
    A. Jay Koehler – ARDC#6207310
    Swanson, Martin & Bell, LLP
    330 N. Wabash, Suite 3300
    Chicago, IL 60611
    Telephone: (312) 321-9100
    Jkoehler@smbtrials.com

[x]    Under penalties as provided by law pursuant to
    735 *ILCS* 5/1-109 I certify that the statements
    set forth herein are true and correct.

**SERVICE LIST**
*Manley v. Metra*
**Case No. 08-cv-1757**

Eric D. Holland
*Holland, Groves, Schneller & Stolze*
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com
&
Robert J. Cooney, Jr.
*Cooney & Conway*
120 N. LaSalle Street, Suite 30
Chicago, IL 60602
***Attorneys for Plaintiff,***
***Robert E. Manley, Jr.***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Jay Koehler
Ewa Dabrowski
*Swanson, Martin & Bell, LLP*
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990
***Attorneys for Defendant,***
***Northeast Illinois Regional Commuter***
***Railroad Corp., d/b/a Metra***