UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Robert E. Manley Jr.
                                                Plaintiff,

v.                                                     Case No.: 1:08−cv−01757
                                                    Honorable William T. Hart

Northeast Illinois Regional Commuter Railroad
Corp.
                                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable William T. Hart: Motion Hearing set for 5/21/2008 is reset to 5/20/2008 at 02:30 PM. Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.