U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 CV 1757
ROBERT E. MANLEY, JR., v. NORTHEAST REGIONAL
COMMUTER RAILROAD CORP., d/b/a METRA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORP., d/b/a METRA

| | |
|---|---|
| NAME (Type or print) <br> EWA DABROWSKI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ EWA DABROWSKI | |
| FIRM <br> SWANSON, MARTIN & BELL, LLP | |
| STREET ADDRESS <br> 330 NORTH WABASH, SUITE 3300 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6284758 | TELEPHONE NUMBER <br> 312/321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||

AEK/ED 1433-036                Firm I.D. No. 29558

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MANLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08 CV 1757 |
| v. ) | |
| ) | Judge William T. Hart, Room 2243 |
| NORTHEAST ILLINOIS REGIONAL ) | |
| COMMUTER RAILROAD CORP., d/b/a METRA, ) | Magistrate Judge Morton Denlow, |
| ) | Room 1350 |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 19th day of May, 2008, there was e-filed with the U.S. District Court for the Northern District of Illinois, **Defendant, Northeast Illinois Regional Commuter Railroad Corp. d/b/a Metra's Appearance** which is attached and herewith served upon you.

                                                       Respectfully submitted,

                                                       /s/ Ewa Dabrowski
                                                       Ewa Dabrowski
                                                       One of the attorneys for Defendant,
                                                       Northeast Illinois Regional Commuter
                                                       Railroad Corporation d/b/a Metra

A. Jay Koehler
Ewa Dabrowski
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(ARDC No. 6284758)

AEK/ED 1433-036                                                                                              Firm I.D. No. 29558

IN THE UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MANLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08 CV 1757 |
| v. ) | |
| ) | Judge William T. Hart, Room 2243 |
| NORTHEAST ILLINOIS REGIONAL ) | |
| COMMUTER RAILROAD CORP., d/b/a METRA, ) | Magistrate Judge Morton Denlow, |
| ) | Room 1350 |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, states that she has caused a copy of the foregoing Appearance to be sent via e-mail to all attorneys of record, on this 19th day of May, 2008.

                                                            Respectfully submitted,

                                                            /s/ Ewa Dabrowski
                                                           Ewa Dabrowski
                                                           One of the attorneys for Defendant,
                                                           Northeast Illinois Regional Commuter
                                                           Railroad Corporation d/b/a Metra

A. Jay Koehler
Ewa Dabrowski
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(ARDC No. 6284758)