AEK/ED 1433-036                                                                    Firm I.D. No. 29558

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MANLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 08 CV 1757 |
| v. | ) | |
| | ) | Judge William T. Hart, Room 2243 |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILROAD CORP., d/b/a METRA, | ) | Magistrate Judge Morton Denlow, |
| | ) | Room 1350 |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    All counsel of record

PLEASE TAKE NOTICE that on May 21, 2008 there was filed via the Northern District of Illinois-CM/ECF system and filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendant Metra's Answer and Affirmative Defenses to Plaintiff's Complaint.**

>    s/ A. Jay Koehler
> A. Jay Koehler – ARDC#6207310
> One of the attorneys for Defendant,
> Northeast Illinois Regional Commuter
> Railroad Corporation, d/b/a Metra
> Swanson, Martin & Bell, LLP
> 330 North Wabash, Suite 3300
> Chicago, IL 60611
> Telephone: (312) 321-9100

### CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this proof of service was filed on May 21, 2008 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case. I further served a copy of this notice, proof of service and above-listed document by mailing a copy to all counsel listed on the attached service list not served by the CM/ECF system at their respective addresses by depositing same in the U. S. Mail at 330 North Wabash, Chicago, IL-60611 with first-class postage prepaid at or before 5:00 p.m. on said date; and had a copy of this proof of service, notice and above-listed document delivered to the judge.

   s/ A. Jay Koehler
A. Jay Koehler – ARDC#6207310
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Jkoehler@smbtrials.com

[x]    Under penalties as provided by law pursuant to
735 *ILCS* 5/1-109 I certify that the statements
set forth herein are true and correct.

## SERVICE LIST
**Manley v. Metra**
**Case No. 05 C 7096**

Terence E. Flynn
Flynn & Jones
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 346-1378
Fax: (312) ^
&
Rick Rosen
Rosen Law Firm
1669 Windham Way, Suite A
O'Fallon, IL 62269
Telephone: (618) 622-0772
Fax: (618) 622-0774
E-mail: rosenlaw@apci.net
*Attorneys for Plaintiff,*
*Robert E. Manley, Jr.*

*********************

A. Jay Koehler
Ewa Dabrowski
Swanson, Martin & Bell, LLP
One IBM Plaza, Suite 3300
330 N. Wabash
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990
*Attorneys for Defendant,*
*Northeast Illinois Regional Commuter*
*Railroad Corp., d/b/a Metra*