# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1757 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Manley vs. Northeast Illinois Regional Commuter Railroad Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to vacate any and all technical defaults and for leave to file answer instanter [8] is granted. Plaintiff's demand is due by 6/3/2008. Status hearing set for 6/18/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|