`IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MANLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 08 CV 1757 |
| v. | ) | |
| | ) | |
| NORTHEAST ILLINOIS REGIONAL | ) | |
| COMMUTER RAILROAD CORP. | ) | |
| d/b/a METRA, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COME NOW Ryan M. Furniss of the law firm of Holland, Groves, Schneller &

Stolze, L.L.C. and hereby enters his appearance on behalf of the plaintiff, Robert Manley Jr.

HOLLAND, GROVES & SCHNELLER &
STOLZE, L.L.C.

/s/ Ryan M. Furniss
RYAN M. FURNISS #6282915
ERIC D. HOLLAND #6207110
300 North Tucker, Suite. 801
St. Louis, MO  63101
(314) 241-8111
(314) 241-5554 (fax)

and

ROBERT J. COONEY, JR.
Cooney & Conway
120 N. LaSalle Street, Suite 30
Chicago, IL 60602

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed via CM/ECF, on this 18th day of June, 2008:

A. Jay Koehler
Ewa Dabrowski
Swanson, Martin & Bell, LLP.
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990

Attorneys for Defendant

_____/s/ Ryan M. Furniss_____