IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MANLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08 CV 1757 |
| v. ) | |
| ) | Judge William T. Hart, |
| NORTHEAST ILLINOIS REGIONAL ) | Room 2243 |
| COMMUTER RAILROAD CORP., d/b/a ) | |
| METRA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:

Ryan M. Furniss
Eric D. Holland
*Holland, Groves, Schneller & Stolze*
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101

Robert J. Cooney, Jr.
*Cooney & Conway*
120 N. LaSalle Street, Suite 30
Chicago, IL 60602

On **June 25, 2008** at **11:00 a.m.**, or as soon as counsel may be heard, I shall appear before The Honorable William T. Hart, or the presiding judge, in courtroom 2243 in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL-60604 and shall then and there present the attached **Defendant Metra's Motion for Entry of a Qualified Protective Order**.

Respectfully submitted,

By: /s/ Ewa Dabrowski

Ewa Dabrowski ARDC #6284758
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash Ave., Ste. 3300
Chicago, IL 60611
(312) 321-9100/(312) 321-0990 FAX
Attorneys for Defendant,
Northeast Illinois Regional Commuter
Railroad Corporation d/b/a Metra

AEK/ED 1433-064

Firm I.D. No. 29558

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MANLEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 08 CV 1757 |
| v. | ) | |
| | ) | Judge William T. Hart, |
| NORTHEAST ILLINOIS REGIONAL | ) | Room 2243 |
| COMMUTER RAILROAD CORP., d/b/a | ) | |
| METRA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this proof of service was filed on June 19, 2008 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case. I further served a copy of this notice, proof of service and **Defendant Metra's Motion for Entry of a Qualified Protective Order** by mailing a copy to all counsel listed on the attached service list who were not served via CM/ECF at their respective addresses by depositing same in the U.S. Mail at 330 North Wabash, Chicago, IL-60611, with first-class postage prepaid at or before 5:00 p.m. on said date.

    /s/ Ewa Dabrowski
Ewa Dabrowski- ARDC #6284758
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Edabrowski@smbtrials.com

[x]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.