## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　Case Number: 08 CV 1757

ROBERT F. MANLEY, JR.
　　　　　　Plaintiff,

vs.

NORTHEAST ILLINOIS REGIONAL
COMMUTER RAILROAD CORP., d/b/a METRA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT F. MANLEY, JR.

| | |
|---|---|
| NAME (Type or print)<br> Michael J. Lubeck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/　Michael J. Lubeck | |
| FIRM<br> Cooney & Conway | |
| STREET ADDRESS<br> 120 North LaSalle Street, 30th Floor | |
| CITY/STATE/ZIP<br> Chicago, IL　60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6225500 | TELEPHONE NUMBER<br> 312/236-6166 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐