Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1757 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Manley vs. Northeast Illinois Regional Commuter Railroad Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for entry of a qualified protective order [17] is granted. Enter Qualified Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | CW |
|---|---|---|

Page 1 of 1