IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. MANLEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08 CV 1757 |
| | ) |
| NORTHEAST ILLINOIS REGIONAL | ) |
| COMMUTER RAILROAD CORP. | ) |
| d/b/a METRA, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that on Wednesday, **August 27, 2008, at 11:00 a.m.** by agreement of the parties, I shall call for hearing Plaintiff, Robert E. Manley, Jr., Motion to Extend Discovery Deadline before the Honorable William T. Hart, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, in Courtroom 2243.

HOLLAND, GROVES, SCHNELLER
& STOLZE, L.L.C.

s/ Ryan M. Furniss
#: **6282915**
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
314/241-8111
314/241-5554 - Facsimile
- AND -
COONEY & CONWAY
Mr. Mike Lubeck
120 N. LaSalle Street, Suite 30
Chicago, IL 60602
Local Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Ryan M. Furniss, state that on this 22nd day of August, 2008, I electronically filed with the United States District Court for the Northern District of Illinois and counsel,

Mr. A. Jay Koehler
Ms. Ewa Dabrowski
Swanson, Martin & Bell, LLP.
330 North Wabash, Suite 330
Chicago, IL 60611

a copy of Plaintiff, Robert E. Manley, Jr., Notice of Motion Hearing and Certificate of Service. I declare that the above statements are true to the best of my information, knowledge, and belief.

Dated: August 22, 2008

HOLLAND, GROVES, SCHNELLER
& STOLZE, L.L.C.

s/ Ryan M. Furniss
#: 6282915
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
314/241-8111
314/241-5554 - Facsimile